**Dismiss and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00924-CV

### IN THE INTEREST OF D.M. AND A.M., Children

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-20402**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By order dated December 31, 2014, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed within thirty days because appellant failed to respond to our October 27, 2014 letter directing appellant to provide the Court with written verification he had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. By postcard dated February 6, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


/David W. Evans/
DAVID EVANS
JUSTICE

140924F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF D.M. AND A.M., Children

No. 05-14-00924-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-08-20402.
Opinion delivered by Justice Evans. Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Kenyatta McGill recover her costs of this appeal from appellant Frederick McGill.

Judgment entered this 30th day of July, 2015.